JAN 11 2025
4:00 PM EST

To Whom IT MAY CONCERN:
US BANKRUPCY TRUSTEE OF del

THIS MEMO IS iN Regards To Ally Filing A MOTION To dismiss Are Case which we ~~strike~~ Franklin Flight Seriuce Inc object To THE MOTION OF THE MATTER AND WISH The Be MATTER To be heard by BANKRUPCY Court OF

FRANKLIN Flight Seriuce INC
P.O. Box 1734
dover, De 19903
Case No 26-10011JTKS

Yours Trurly.
Franklin Flight Serice Inc

JAN 11 2025
4:00 PM EST

To whom it may concern:
US Bankruptcy ~~BPC Street~~ Court

This memo is in regards to Ally filing a motion to dismiss are case which we ~~Still have~~ Franklin Flight Seriuce, Inc object to the motion of the matter and wish that the matter to be heard by Bankruptcy Court of

Franklin Flight Seriuce Inc
P.O. Box 1734
Dover, De 19903
Case No 26-10011JKS

Yours truly
Franklin Flight Seriuce Inc.

1/11/2026

ATT: US Bankruptcy Trustee of del

hannah.Mccollum@usdoj.gov
Email

FROM: Franklin Flight Service, LLC

Re: CO DATA

P.S object to Ally
Motion to dismiss case